UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Brianna Brown | ) | BK No.: 21-80450 |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| Debtor(s)<br>Brianna Brown | ) | Adv. No.: 21-96009 |
| Plaintiff(s)<br>Nissan Motor Acceptance Corporation | ) | |
| Defendant(s) | ) | |

**AGREED ORDER FOR TURNOVER OF 2016 NISSAN MURANO**

THIS CAUSE coming to be heard on the Plaintiff's Motion for Turnover of 2016 Nissan Murano, the Court being fully advised in the premises, IT IS HEREBY ORDERED that Nissan Motor Acceptance Corporation shall make available for release the Debtor's 2016 Nissan Murano, VIN 1N4AA6AP2GC400494, immediately.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: April 30, 2021

**Prepared by:**
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600